**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7685

EDWARD L. MOSES,

Plaintiff - Appellant,

versus

RONNIE EVANS, Correctional Officer; RICK
JACKSON, Superintendent; DAVID W. HINSON,
Correctional Captain; EDWARD LITTLE,
Correctional Lieutenant; ROBERT MEECE,
Correctional Lieutenant; RICHARD PORTEN,
Correctional Sergeant; FREDDIE WEST,
Correctional Sergeant; ALVIN LITTLE,
Correctional Sergeant; JOHN WATKINS,
Correctional Programs Director; STEPHANIE
GILES, Correctional Programs Administrative
Assistant,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-02-433-3)

Submitted: January 10, 2005          Decided: February 10, 2005

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward L. Moses, Appellant Pro Se.  James Philip Allen, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

----

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward L. Moses appeals a district court judgment granting summary judgment to the Appellees and dismissing his civil rights complaint. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. See Moses v. Evans, No. CA-02-433-3 (W.D.N.C. filed Oct. 1, 2004 & entered Oct. 4, 2004). We dispense with oral argument because the facts and legal contentions of the parties are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED